■ SUBURBAN BROADCASTING CORPORATION, Appellant, v RCA CORPORATION, Respondent, et al., Defendant.—In an action to recover damages for breach of contract and negligence, plaintiff appeals from an order of the

786

Supreme Court, Nassau County, dated January 8, 1975 and entered in Suffolk County on January 20, 1975, which granted respondent's motion, made pursuant to CPLR 3211 (subd [a], par 1), to dismiss the complaint. Order affirmed, with $50 costs and disbursements. The documentary evidence was a complete defense to the several causes of action in the complaint. Accordingly, the complaint was properly dismissed. Hopkins, Acting P. J., Martuscello, Damiani, Christ and Hawkins, JJ., concur.